## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HEYDI MOREALES-DIAZ** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.   19-2552** |
| **UNITED STATES POSTAL SERVICE, ET AL** | * | **SECTION** |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF REMOVAL</u>

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, come Federal Defendants, the United States of America and the United States Postal Service, and hereby remove the above-captioned action from 24th Judicial District Court, Parish of Jefferson, State of Louisiana to the United States District Court for the Eastern District of Louisiana under 28 U.S.C. § 1442(a)(l). The removing parties respectfully submits the following as grounds for removal.

I.

On or around November 19, 2018, a Petition for Damages captioned *Heydi Morales-Diaz v. Elke Lowery, United States, United States Postal Service, and Jack Callender, in his official capacity as United States Postmaster General*, #789-439, Div. C, was filed in the 24th Judicial District Court for the Parish of Jefferson.

II.

Plaintiff's state-court petition names as defendants, *inter alia,* the United States and the United States Postal Service as *respondeat superior* for defendant Elke Lowery (hereinafter "Lowery"). *See* Ex. 1.

1

III.

Plaintiffs allege that on November 20, 2017, Heydi Morales-Diaz (hereinafter "Morales-Diaz"), driver of a 2003 Saturn L200, was traveling northbound on US 61, in Jefferson Parish, Louisiana, when the vehicle was struck by a 1992 Grumman LLV being driven by Lowery, an employee of the United States Postal Service.

IV.

The United States of America received notification of Morales-Diaz's state-court petition via email from the United States Postal Service on March 11, 2019.

V.

Defendant, the United States of America, may remove this action to this Court under 28 U.S.C. §§ 1442(a)(l), which provides that: "A civil action ... commenced in State court against [the United States or any agency thereof] may be removed by them to the district court of the United States for the district...embracing the place wherein it is pending."

VI.

The United States of America has timely removed this action within 30 days of receiving constructive notice of the filing of the Heydi Morales-Diaz state-court petition. 28 U.S.C. § 1446(b). A copy of the state-court petition is attached to this notice of removal at Exhibit 1. 28 U.S.C. § 1446(a).

VII.

The United States of America has filed into the state-court record a notice to adverse parties of filing this notice of removal. 28 U.S.C. § 1446(d).

VIII.

This action now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana is properly removed to this Court under 28 U.S.C. §§ 1441(a)(l).

IX.

Furthermore, the undersigned respectfully notes that none of the defenses available to Defendants are hereby waived by the filing of this pleading.


Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


/s/ Brock D. Dupre
BROCK D. DUPRE (#28563)
Assistant United States Attorney
U. S. Attorney's Office, EDLA
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3005
Brock.Dupre@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this $\underline{20^{th}}$ day of March, 2019.

/s/ Brock D. Dupre
BROCK D. DUPRE
Assistant United States Attorney

4